UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| ATALIE DANIEL, an individual,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>M-I L.L.C. AKA M-I SWACO, A SCHLUMBERGER COMPANY, TIM O'NEIL, AND DOES 1-100,<br><br>　　　　Defendants. | Case No.: 1:15-00746 - GEB - JLT<br><br>**ORDER ON JOINT STIPULATION TO CONTINUE HEARING DATE REGARDING MOTION TO REMAND**<br><br>Complaint Filed:  March 26, 2015 |

　　　CONSIDERING the Joint Stipulation to Continue Hearing Date Regarding Motion to Remand, (ECF No. 32),

　　　IT IS SO ORDERED THAT the Stipulation is GRANTED, as modified. The hearing date on Plaintiff's Motion to Remand is continued to September 28, 2015 at 9:00 a.m. The requested hearing date of September 21, 2015, is not an available law and motion hearing date.

　　　Dated:  September 1, 2015

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　GARLAND E. BURRELL, JR.
　　　　　　　　　　　　　　　　　　　　　　　　Senior United States District Judge